UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE POINT LENDER SERVICES, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>GARY KIDD, et al.,<br><br>           Defendants. | No. 2:15-cv-00175-MCE-EFB<br><br>**ORDER** |

On June 3, 2015, the parties filed a stipulation proposing, inter alia, how the Clerk of the Court should distribute the interpleaded funds in this action. ECF No. 10. On June 5, 2015, the Court issued an order directing the Clerk to distribute the funds in the manner described in and pursuant to the parties' signed stipulation. Neither the stipulation nor the Order directed the Clerk to distribute the funds immediately. The Clerk typically disburses funds thirty days after being ordered to do so; the purpose of the thirty-day period is to eliminate any possible competing interests and to permit parties to appeal ordered disbursement.

On June 8, 2015, counsel for three of the defendants filed an Ex Parte Application requesting that the Court order the Clerk to distribute the funds "at the earliest opportunity . . . but in no event later than June 12, 2015." ECF No. 13. Plaintiff Sage

Point Lender Services, LLC filed a notice of non-opposition to the Ex Parte Application. ECF No. 15.  On June 11, 2015, the Court held a telephonic hearing on the Ex Parte Application to determine if there were any objections to an immediate disbursement of the funds.  Aaron Bailey appeared on behalf of the Internal Revenue Service, and Pamela J. Palmieri appeared for Defendants Gary Kidd, Sharon A. Kidd, and Pedro Trust.  There were no objections to an immediate disbursement of the funds.

    Good cause appearing, the Clerk is HEREBY ORDERED to distribute the interpleaded funds as allocated in the June 5, 2015 Order <u>immediately</u>.

    IT IS SO ORDERED.

Dated:  June 11, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT