UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE POINT LENDER SERVICES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHARON A. KIDD, individually and as administrator of the ESTATE OF SHELVIE DOUGLAS KIDD aka SHELVIE D. KIDD ALAMEDA PROBATE CASE NO. RP12634226L GARY KIDD; PEDRO TRUST aka PATRICK KAY, CO-TRUSTEE OF THE PEDRO TRUST; INTERNAL REVENUE SERVICE; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　Defendants. | No. 2:15-cv-00175-MCE-EFB<br><br>**ORDER** |

On June 3, 2015, the parties filed a signed stipulation proposing, inter alia, how the Clerk of the Court should distribute the interpleaded funds in this action. ECF No. 10. On June 5, 2015, the Court issued an order directing the Clerk to distribute the funds in the manner described in the parties' signed stipulation. ECF No. 12. The Stipulation and Order directed the Clerk to make Sharon Kidd's and Gary Kidd's sums payable to:

///

1     Palmieri Trust Account

2     317 Evelyn Avenue

3     Roseville, California 95678

4 See ECF Nos. 10, 12.  Pamela J. Palmieri ("Palmieri"), counsel for Sharon Kidd and

5 Gary Kidd, filed an Ex Parte Application on June 8, 2015.  ECF No. 13.  After a

6 telephonic hearing on June 11, 2015, the Court ordered the Clerk to immediately

7 distribute the funds as allocated in the June 5, 2015 Order.  ECF No. 17.

8     On June 17, 2015, Palmieri filed yet another Ex Parte Application ("Application").

9 ECF No. 19.  The Application explains that the Clerk of the Court has refused to issue a

10 check payable to "Palmieri Trust Account" because Palmieri has not submitted an IRS

11 W-9 Form with either a tax identification number for the "Palmieri Trust Account" or her

12 personal social security number.  Rather than provide a W-9 Form with either of those

13 numbers, Palmieri filed the pending Application requesting that the Court order the Clerk

14 to make Sharon Kidd's and Gary Kidd's sums payable as follows:

15     Sharon Kidd

16     C/O Palmieri Law

17     317 Evelyn Avenue

18     Roseville, California 95678

19

20     Gary Kidd

21     C/O Palmieri Law

22     317 Evelyn Avenue

23     Roseville, California 95678

24     The Clerk has indicated that Sharon Kidd's and Gary Kidd's sums will be issued

25 as requested in the Application if the Clerk receives W-9 Forms—complete with social

26 security numbers—from both Sharon Kidd and Gary Kidd.  Despite Palmieri's

27 representations to the contrary, it is the Court's understanding that Palmieri has not yet

28 submitted completed W-9 Forms for Sharon Kidd and Gary Kidd.

Accordingly, the Court hereby STRIKES that portion of the June 5, 2015 Order that directs the Clerk to distribute funds to "Palmieri Trust Account."  See ECF No. 12 at ¶ 13, subdivisions c, d, and e.  Additionally, the June 5, 2015 Order is AMENDED and the Clerk is hereby directed to distribute the funds on deposit with the Court registry in this case as follows:

    c.    Third, Sharon Kidd shall receive the sum of $63,544.18 in satisfaction of her claim as heir of Shelvie Kidd, made payable as follows:

    Sharon Kidd
    C/O Palmieri Law
    317 Evelyn Avenue
    Roseville, California 95678

    d.    Fourth, Gary Kidd shall receive the sum of $33,635.72 in satisfaction of his claim as heir of Shelvie Kidd, made payable as follows:

    Gary Kidd
    C/O Palmieri Law
    317 Evelyn Avenue
    Roseville, California 95678

    e.    Fifth, accrued interest on the deposited Surplus Funds, if any, shall be disbursed equally to Sharon Kidd and Gary Kidd, made payable as follows:

    Sharon Kidd
    C/O Palmieri Law
    317 Evelyn Avenue
    Roseville, California 95678

    Gary Kidd
    C/O Palmieri Law
    317 Evelyn Avenue
    Roseville, California 95678

To the extent that the Application requests that the Clerk make the payments available for pick-up at the Court, that request is DENIED. The checks will be mailed to the Roseville, California address specified in this Order. Additionally, the Clerk shall not distribute any funds to Sharon Kidd and Gary Kidd unless and until the Clerk receives W-9 Forms that include the social security numbers of Sharon Kidd and Gary Kidd. There will be no exceptions.

IT IS SO ORDERED.

Dated: June 22, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT