JOHN A. PERRY, ESQ.
State Bar No. 265951
Law Offices
ROBERT E. WEISS INCORPORATED
920 Village Oaks Drive
Covina, California 91724
Phone (626) 967-4302
Facsimile (626) 967-9216
jperry@rewlaw.com

Attorneys for Plaintiff
SAGE POINT LENDER SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE POINT LENDER SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON A. KIDD, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF SHELVIE DOUGLAS KIDD AKA SHELVIE D. KIDD ALAMEDA PROBATE CASE NO. RP12634226; GARY KIDD; PEDRO TRUST aka PATRICK KAY, CO-TRUSTEE OF THE PEDRO TRUST; INTERNAL REVENUE SERVICE; AND DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | CASE NO. 2:15-cv-00175-MCE-EFB<br><br>ORDER OF DISMISSAL AFTER SETTLEMENT<br><br>[LOCAL RULE 160(b)] |

///

///

The Court, having previously signed and entered an Order approving the parties' Stipulation to Lien Priority, Release of Liability, and Distribution of Deposited Interpleaded Funds on June 5, 2015 (Docket No. 12), and all issues associated with the above-caption Interpleader litigation having been resolved and the deposited funds having been disbursed by the Clerk of the Court,

IT IS HEREBY ORDERED the action is DISMISSED, in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT